

# NUMBER 13-24-00477-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**JUAN ANGEL GUERRA,** **Appellant,**

**v.**

**DEL LAGO HOMEOWNERS
ASSOCIATION, INC.,** **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 1
## OF HIDALGO COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron
Memorandum Opinion by Justice Peña**

Appellant Juan Angel Guerra filed a notice of appeal from a "Court Appointed Receiver Final Status Report and Final Letter to the Court" regarding cause number CL-23-0503-A in the County Court at Law No. 1 of Hidalgo County, Texas. On October 7, 2024, the Clerk of the Court requested appellant to remit the $205.00 filing fee for the

appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). That same day, the Clerk also advised appellant that it appeared that there was no final, appealable order in the clerk's record, requested appellant to correct this defect within ten days, and notified appellant that the appeal would be dismissed if this defect was not cured. *See* TEX. R. APP. P. 42.3(a). On November 4, 2024, the Clerk notified appellant that he was delinquent in paying the filing fee for the appeal. The Clerk advised appellant that the appeal would be dismissed if the filing fee was not paid within ten days. *See id.* R. 42.3(b), (c).

The Court, having examined and fully considered the documents on file and the foregoing events, is of the opinion that this appeal should be dismissed. To date, appellant has not responded to the Clerk's notices, corrected the defect in the appeal, or paid the filing fee for the notice of appeal. Accordingly, we dismiss this appeal. *See id.* 42.3(a), (b), (c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
30th day of January, 2025.